**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-00845-BNB

WILLIAM MAUNZ,

    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,
DENVER POLICE DEPT.,
COLORADO PUBLIC DEFENDER'S OFFICE,
ERIC ZALE, Public Defender,
DENVER DIST. COURT, CT. RM. 23, and
STATE OF COLORADO,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's "Motion for Extension or Enlargement" filed on August 19, 2009, is GRANTED as follows: Plaintiff shall have **thirty (30) days from the date of this minute order** to cure the deficiencies if he wishes to pursue his claims in this action. No further extensions will be granted. If Plaintiff is unable to obtain a certified copy of his inmate trust fund account statement as directed, he must provide the court with specific details regarding his efforts to obtain a certified copy of his inmate trust fund account statement, including the dates on which he has made any requests, the names or titles of the individuals from whom he has requested a certified copy of his inmate trust fund, and the reasons his requests for a certified copy of his inmate trust fund account statement have been denied. Plaintiff's "Motion to 'Order' Court Transcripts from Court Rm. 23 Denver District Ct. Clerk of the Court's 'Subpoena'" filed on April 23, 2009, is DENIED.

Dated:  August 21, 2009