IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00845-BNB

WILLIAM MAUNZ,
    Plaintiff,

v.

DENVER COUNTY SHERIFF'S DEPT.,
DENVER POLICE DEPT.,
COLORADO PUBLIC DEFENDER'S OFFICE,
ERIC ZALE, Public Defender,
DENVER DIST. COURT, CT. RM. 23, and
STATE OF COLORADO,
    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT -2 2009

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff William Maunz initiated this action by filing *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and a Prisoner Complaint. In an order filed on April 13, 2009, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Maunz to cure certain deficiencies if he wished to pursue his claims. Magistrate Judge Boland specifically ordered Mr. Maunz to submit a certified copy of his inmate trust fund account statement in support of the motion seeking leave to proceed *in forma pauperis* and to provide an address for each of the named Defendants. Mr. Maunz was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Magistrate Judge Boland subsequently entered minute orders granting Mr. Maunz four extensions of time to cure the deficiencies in this action. In the most recent

minute order entered on August 21, 2009, Magistrate Judge Boland advised Mr. Maunz that no further extensions of time would be granted and that, if he is unable to obtain a certified copy of his inmate trust fund account statement, Mr. Maunz must provide the Court with specific details of his efforts to obtain a certified copy of his inmate trust fund account statement, including the dates on which he has made any requests for a certified copy of his inmate trust fund account statement, the names or titles of the individuals from whom he has requested a certified copy of his inmate trust fund account statement, and the reasons his requests for a certified copy of his inmate trust fund account statement have been denied. On September 23, 2009, Mr. Maunz filed a "Motion for Stay of Proceedings Pursuant to Fed. R. Civil P. 62" in which he states that he was released from jail on September 18, 2009. It is not clear why Mr. Maunz is seeking to stay these proceedings. He does not explain in the motion filed on September 23 what efforts he made to obtain a certified copy of his inmate trust fund account statement prior to his release.

Mr. Maunz has not cured the deficiencies within the time allowed. He has failed to provide the Court with a certified copy of his inmate trust fund account statement as required pursuant to 28 U.S.C. § 1915(a)(2) and he has failed to provide an address for each Defendant. Although Mr. Maunz alleges that he no longer is incarcerated, the obligation to provide a certified copy of his inmate trust fund account statement arose at the time he initiated this action because he was a prisoner at that time. The Court will not allow Mr. Maunz to avoid the obligations imposed on prisoners by delaying an action until he is released from custody. Furthermore, even if Mr. Maunz cannot be required to make monthly filing fee payments because he no longer is a prisoner, he

2

also has failed to file an amended motion seeking leave to proceed pursuant to 28 U.S.C. § 1915 on the proper form for nonprisoners that would allow the Court to determine if he now qualifies for leave to proceed *in forma pauperis* as a nonprisoner. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies.  Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies.  It is

FURTHER ORDERED that the "Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" filed on April 6, 2009, and the "Motion for Stay of Proceedings Pursuant to Fed. R. Civil P. 62" filed on September 23, 2009, are denied.

DATED at Denver, Colorado, this 1st day of _____Oct_____, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.  09-cv-00845-BNB

William Maunz
4701 E. Mississippi Ave.
Denver, CO 80246

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/2/09

GREGORY C. LANGHAM, CLERK

By:_____

Deputy Clerk